UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

SUNHA FAJARDO,

    Plaintiff,

vs.                                                           Case No.: 6:11-CV-00092-JA-DAB

MONARCH RECOVERY MANAGEMENT,
INC.,

    Defendant.
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

It is stipulated by and between the parties to the above-entitled action, by and through their respective attorneys of record, that the action be dismissed with prejudice and that an Order be entered without further notice."

| Dated: _____ | Dated: _____ |
|---|---|
| [signature] | [signature] |
| Andrew L. Glenn, Esquire | Jeffrey A. Carter, Esquire |
| Card & Glenn, P.A. | Law Offices of Scott L. Astrin |
| Attorneys for Plaintiff | Attorney for Defendant |
| 2501 Hollywood Blvd, Suite 100 | 101 Southhall Lane, Suite 120 |
| Hollywood, FL 33020 | Maitland, FL 32751 |
| Phone (954) 921-9994 | Phone (407) 551-2188 |
| Bar #: 577261 | Bar #: 090832 |

FLOR-00686