**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**SUNHA FAJARDO,**

        **Plaintiff,**

-vs-                                                                              Case No.  6:11-cv-92-Orl-28DAB

**MONARCH RECOVERY MANAGEMENT, INC.,**

        **Defendant.**
_____

**ORDER OF DISMISSAL WITH PREJUDICE**

Upon consideration of the Joint Stipulation for Dismissal with Prejudice (Doc. No. 11), and pursuant to Fed. R. Civ. P. 41(a), it is hereby

**ORDERED** that this case is dismissed with prejudice.  All pending motions are **DENIED** as moot.  The Clerk is directed to close this file.

**DONE** and **ORDERED** in Chambers, Orlando, Florida this 28th day of April, 2011.

Copies furnished to:

Counsel of Record

JOHN ANTOON II
United States District Judge